**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LAWTON MCKINNIES**                                                              **PLAINTIFF**

**V.**                                                              **NO. 4:24-CV-126-DMB-RP**

**MS. BANKS, WALT MCNEIL**                                                              **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the order entered this date, this case is dismissed without prejudice.

**SO ORDERED**, this 7th day of April, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**